# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-24-00680-001-TUC-RCC (JR) |
| Plaintiff, | **ORDER** |
| v. | |
| Steven Joseph Brezovski, III, | |
| Defendant. | |

On August 22, 2024, Magistrate Judge Jacqueline Rateau issued a Report and Recommendation ("R&R") in which she recommended the Court deny Defendant's Motion to Dismiss Counts 3–7 (Doc. 30). (Doc. 43.) Defendant filed an objection to the R&R (Doc. 44), and the Government filed a response (Doc. 45).

When a party objects to a magistrate judge's R&R, the district court "must "determine *de novo* any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1).

The Court has reviewed the relevant pleadings and the R&R. (Docs. 30, 34, 36, 43–45.) The Court finds the R&R well-reasoned and agrees with Judge Rateau's conclusions.

///

///

///

1 |     Upon de novo review of the issues raised, IT IS ORDERED Magistrate Judge
2 | Rateau's R&R is ADOPTED. (Doc. 43.)
3 |     IT IS FURTHER ORDERED Defendant's Motion to Dismiss Counts 3–7 is
4 | DENIED. (Doc. 30.)
5 |     Dated this 23rd day of September, 2024.

_____
Honorable Raner C. Collins
Senior United States District Judge